1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant SOUZA

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                            SAN JOSE DIVISION
10

11 UNITED STATES OF AMERICA,            )   No. CR 11-00930-DLJ
                                        )
12              Plaintiff,              )   STIPULATION AND []
                                        )   ORDER CONTINUING SENTENCING
13 vs.                                  )   HEARING DATE TO JULY 12, 2012
                                        )
14 MICHAEL EDWARD SOUZA,                )
                                        )
15              Defendant.              )
   _____)
16

17                              **STIPULATION**

18       Defendant Michael Edward Souza, by and through Assistant Federal Public Defender

19 Varell L. Fuller, and the United States, by and through Assistant United States Attorney Thomas

20 O' Connell, hereby stipulate and agree, subject to the Court's approval, that the sentencing

21 hearing currently set in this matter for Thursday, May 31, 2012, at 10:00 a.m., be continued to

22 Thursday, July 12, 2012, at 10:00 a.m.

23       Mr. Souza pled pursuant to Rule 11(c)(1)(A) and 11(c)(1)(C) of the Federal Rule of

24 Criminal procedure to one count of mail theft, in violation of 18 U.S.C. § 1708.  A sentencing

25 hearing is presently set in this matter for May 31, 2012, and counsel for Mr. Souza respectfully

26 request additional time to complete the sentencing mitigation investigation and to prepare for the

Stipulation and  Order Continuing
Hearing                                      1

1  sentencing hearing.  Accordingly, the defense respectfully request that the sentencing hearing
2  date be continued to July 12, 2012.  United States Probation Officer Aylin Raya, who has been
3  assigned to conduct the presentence investigation, has been consulted about the requested
4  continuance and has no objection.  The parties further agree that the deadlines by which the
5  United States Probation Office must disclose the draft and final pre-sentence reports shall be
6  adjusted according to the new July 12, 2012, sentencing date.

8  Dated:  May 15, 2012
   _____/s/_____
9  VARELL L. FULLER
   Assistant Federal Public Defender

11 Dated  May 15, 2012                    _____/s/_____
   THOMAS O' CONNELL
12 Assistant United States Attorney

### [] ORDER

GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that the sentencing hearing date set for Thursday, May 31, 2012, at 10:00 a.m. is continued to Thursday, July 12, 2012, at 10:00 a.m., and the dates by which United States Probation must disclose the draft and final pre-sentence reports shall be adjusted accordingly.

Dated:  ÍEDCEFG                       _____
                                      THE HONORABLE D. LOWELL JENSEN
                                      United States District Court Judge