1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant SOUZA

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

11 | UNITED STATES OF AMERICA,         ) No. CR 11-00930-DLJ
                                       )
12 |              Plaintiff,            ) STIPULATION AND []
                                       ) ORDER CONTINUING SENTENCING
13 | vs.                                ) HEARING DATE TO AUGUST 23, 2012
                                       )
14 | MICHAEL EDWARD SOUZA,              )
                                       )
15 |              Defendant.            )
   |_____)
16

17                              **STIPULATION**

18      Defendant Michael Edward Souza, by and through Assistant Federal Public Defender

19 Varell L. Fuller, and the United States, by and through Assistant United States Attorney Thomas

20 O' Connell, hereby stipulate and agree, subject to the Court's approval, that the sentencing

21 hearing currently set in this matter for Thursday, July 12, 2012, at 10:00 a.m., be continued to

22 Thursday, August 23, 2012, at 10:00 a.m.

23      Mr. Souza pled pursuant to Rule 11(c)(1)(A) and 11(c)(1)(C) of the Federal Rule of

24 Criminal procedure to one count of mail theft, in violation of 18 U.S.C. § 1708. A sentencing

25 hearing is presently set in this matter for July 12, 2012. The parties respectfully request that the

26 sentencing hearing be continued because of government counsel's unavailability due to a family

Stipulation and [] Order Continuing
Hearing                                          1

1  emergency, as well as defense counsel's need for additional time to complete witness interviews
2  in connection with the sentencing mitigation investigation. Accordingly, the defense
3  respectfully request that the sentencing hearing date be continued to August 23, 2012. United
4  States Probation Officer Aylin Raya, who has been assigned to conduct the presentence
5  investigation, has been consulted about the requested continuance and has no objection.

7  Dated: July 10, 2012
                                  _____/s/_____
8                                 VARELL L. FULLER
                                  Assistant Federal Public Defender

10 Dated  July 10, 2012           _____/s/_____
                                  SUSAN K. KNIGHT for
11                                THOMAS O' CONNELL
                                  Assistant United States Attorney

13                              **[] ORDER**

14     GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that
15 the sentencing hearing date set for Thursday, July 12, 2012, at 10:00 a.m. is continued to
16 Thursday, August 23, 2012, at 10:00 a.m.

18 Dated:'9132134                  _____
                                   THE HONORABLE D. LOWELL JENSEN
19                                 United States District Court Judge

Stipulation and [] Order Continuing
Hearing                              2